1 | **PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
2 | Jennifer L. Braun, No. 130932
Assistant United States Trustee
3 | **OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
4 | Woodland Hills, California 91367
Telephone: (818) 716-8800; Fax: (818) 716-1576



FILED

JUL - 2 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**ORIGINAL**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT·OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:               )    Case No. SV 08-13319 GM

                   )    Chapter 11

PASSPORT INTERNATIONAL   )    **APPOINTMENT AND NOTICE OF**
ENTERTAINMENT, LLC.,      )    **APPOINTMENT OF OFFICIAL**
                   )    **COMMITTEE OF UNSECURED**
                   )    **CREDITORS**

            Debtor.      )

                   )

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

(3) three Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: July 2, 2008          OFFICE OF THE UNITED STATES TRUSTEE

                       By: _____

                       Jennifer L. Braun
                       Assistant U.S. Trustee

**In re: PASSPORT INTERNATIONAL ENTERTAINMENT, LLC., - SV 08-13319 GM**

(1)   Rainbo Records
      8960 Eton Avenue
      Canoga Park, CA 91304
      Attn: Steven E. Sheldon

      Phone: (818) 280-1100

(2)   TCA Televison Corp.
      9601 Wilshire Blvd., Suite 240
      Beverly Hills, CA 90210
      Attn: Chris Costello

      Phone: (818) 842-9604

(3)   InTune Foundation Group
      Eugene Maillard, Executive Director
      468 North Camden Drive, Ste 122A
      Beverly Hills, CA 90210

      Phone (310) 463-0552

EXHIBIT A

1

## PROOF OF SERVICE BY MAIL

2

3  STATE OF CALIFORNIA
   COUNTY OF LOS ANGELES

4      I am employed in the County of Los Angeles, state of California, in the Office of the

5  Unites States Trustee under the supervision of a member of the bar of this Court at whose

   direction the service hereinafter described was made; I am over the age of 18 and not a party to

6  the within action; and my business address is: 21051 Warner Center Lane, Suite 115 Woodland

7  Hills, CA 91367.

8
       On July 2, 2008, I served the foregoing document described as: **APPOINTMENT AND**

9  **NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED**

10 **CREDITORS** on the interested parties at their last known addresses in the action by placing a

11 true and correct copy thereof in a sealed envelope with sufficient postage thereon fully prepaid,

   in the United States Mail at Woodland Hills, California, addressed as follows:

12

13 **DEBTOR:**                                      TCA Televison Corp.
   Passport International Entertainment LLC         9601 Wilshire Blvd., Suite 240
14 10520 Magnolia, Blvd.                            Beverly Hills, CA 90210
   North Hollywood, CA 91601                        Attn: Chris Costello
15 Attn: Jeanette Pugliese

                                                    InTune Foundation Group
16 **DEBTOR'S ATTORNEY:**                           Eugene Maillard, Executive Director
   Gregory M. Salvato                               468 North Camden Drive, Ste 122A
17 555 S. Flower 30th Floor                         Beverly Hills, CA 90210
   Los Angeles, CA 90071-2440

18                                                  Alexandre I. Cornelius
   **OTHER INTERESTED PARTIES**                     c/o Costell & Cornellius Law Corp.
19 Rainbo Records                                   1299 Ocean Avenue, Suite 400
   8960 Eton Avenue                                 Santa Monica, CA 90401
20 Canoga Park, CA 91304
   Attn: Steven E. Sheldon

21

22     I declare under penalty of perjury that the foregoing is true and correct.

23

   Dated: July 2, 2008
24
                                                   Veronica Hernandez
25                                                 Legal Secretary, Office of the U.S. Trustee

26

27

28